B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>District of Maryland | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Technology Specialists, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**52-1537164** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**4861 Telsa Drive**<br>**Suite B**<br>**Bowie, MD**                          ZIP Code **20715** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Prince Georges** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

| **Type of Debtor**<br>(Form of Organization) (Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13     ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

| **Chapter 15 Debtors** | **Tax-Exempt Entity** | **Nature of Debts**<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | (Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."     ■ Debts are primarily<br>business debts. |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(04/13) <span style="float:right">Page 2</span>

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Technology Specialists, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X**_____<br>  Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                                                    Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**Technology Specialists, Inc.**

Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ James M. Greenan (jgreenan@mhlawyers.com)**
Signature of Attorney for Debtor(s)

**James M. Greenan (jgreenan@mhlawyers.com) 08623**
Printed Name of Attorney for Debtor(s)

**McNamee Hosea**
Firm Name

**6411 Ivy Lane, Ste. 200**
**Greenbelt, MD 20770**

_____
Address

**(301) 441-2420  Fax: (301) 982-9450**
Telephone Number

**May 21, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Lee White**
Signature of Authorized Individual

**Lee White**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**May 21, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Maryland

In re  **Technology Specialists, Inc.**                                 Case No.

                                    Debtor(s)              Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|-----|-----|-----|-----|-----|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Rockwell Collins Credit and Collections MS 106-176 400 Collins Rd., NE Cedar Rapids, IA 52498** | **Rockwell Collins Credit and Collections MS 106-176 Cedar Rapids, IA 52498** | **Vendor** | | **925,226.00** |
| **CDW, Inc 75 Remittance Dr., Ste. 1515 Chicago, IL 60675-1515** | **CDW, Inc 75 Remittance Dr., Ste. 1515 Chicago, IL 60675-1515** | **Vendor** | | **808,044.27** |
| **World Wide Technologies P.O. Box 957653 Saint Louis, MO 63195-7653** | **World Wide Technologies P.O. Box 957653 Saint Louis, MO 63195-7653** | **Vendor** | | **763,385.08** |
| **Washington Professional Systems 11242 Grandview Ave Silver Spring, MD 20902** | **Washington Professional Systems 11242 Grandview Ave Silver Spring, MD 20902** | **Vendor** | | **571,290.90** |
| **Harris Corp 1680 University Ave. Rochester, NY 14609** | **Harris Corp 1680 University Ave. Rochester, NY 14609** | **Vendor** | | **493,832.00** |
| **Motorola Solutions, Inc. 13108 Collections Center Dr. Chicago, IL 60693** | **Motorola Solutions, Inc. 13108 Collections Center Dr. Chicago, IL 60693** | **Vendor** | | **438,486.78** |
| **Dell Marketing L.P. c/o Dell USA, LP P.O. Box 802816 Chicago, IL 60680-2816** | **Dell Marketing L.P. c/o Dell USA, LP P.O. Box 802816 Chicago, IL 60680-2816** | **Vendor** | | **358,221.59** |
| **Rohde & Schwartz USA, Inc. 8661A Robert Fulton Dr. Columbia, MD 21046-2265** | **Rohde & Schwartz USA, Inc. 8661A Robert Fulton Dr. Columbia, MD 21046-2265** | **Vendor** | | **295,155.77** |
| **Acano Federal Attn: John Sparks 13800 Coppermine Rd. Ste. 214 Herndon, VA 20171** | **Acano Federal Attn: John Sparks 13800 Coppermine Rd. Ste. 214 Herndon, VA 20171** | **Vendor** | | **290,650.00** |
| **PEMCCO Incorporated 4445 Corporation Ln. Virginia Beach, VA 23450** | **PEMCCO Incorporated 4445 Corporation Ln. Virginia Beach, VA 23450** | **Vendor** | | **139,664.23** |

B4 (Official Form 4) (12/07) - Cont.

In re    **Technology Specialists, Inc.**                                    Case No. _____
_____
            Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|-----|-----|-----|-----|-----|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Bank of America P.O. Box 45144 FL9-100-04-24 Building 100 4th Fl. Jacksonville, FL 32232-9923** | **Bank of America P.O. Box 45144 FL9-100-04-24 Building 100 4th Fl. Jacksonville, FL 32232-9923** | **Commercial Loan - Line of Credit** | | **100,558.37** |
| **Pole/Zero Corporation 5558 Union Centre Dr. West Chester, OH 45069-4821** | **Pole/Zero Corporation 5558 Union Centre Dr. West Chester, OH 45069-4821** | **Vendor** | | **99,011.52** |
| **Kinloch and Associates 8808 Centre Park Dr., Ste. 300 Columbia, MD 21045** | **Kinloch and Associates 8808 Centre Park Dr., Ste. 300 Columbia, MD 21045** | **Accountant** | | **97,412.57** |
| **Digitek Computer Products P.O. Box 956240 Saint Louis, MO 63195-6240** | **Digitek Computer Products P.O. Box 956240 Saint Louis, MO 63195-6240** | **Vendor** | | **89,841.70** |
| **Carahsoft Technology Corp. 12369 Sunrise Valley Dr. Suite D2 Reston, VA 20191** | **Carahsoft Technology Corp. 12369 Sunrise Valley Dr. Suite D2 Reston, VA 20191** | **Vendor** | | **74,894.21** |
| **Wells Fargo Payment Remittance Center P.O. Box 6426 Carol Stream, IL 60197-6426** | **Wells Fargo Payment Remittance Center P.O. Box 6426 Carol Stream, IL 60197-6426** | **Line of Credit** | | **70,854.32** |
| **Jenne Distributors 33665 Chester Rd. Avon, OH 44011-1307** | **Jenne Distributors 33665 Chester Rd. Avon, OH 44011-1307** | **Vendor** | | **67,656.89** |
| **Visitec 2020 Dean St., Unit H Saint Charles, IL 60174** | **Visitec 2020 Dean St., Unit H Saint Charles, IL 60174** | **Vendor** | | **63,283.78** |
| **IM Standard Jonathan Maderer Ingram Micro P.O. Box 415034 Boston, MA 02241-5034** | **IM Standard Jonathan Maderer Ingram Micro P.O. Box 415034 Boston, MA 02241-5034** | **Vendor** | | **54,308.76** |
| **Stampede Presentation Products, Inc. 55 Woodridge Dr Buffalo, NY 14228** | **Stampede Presentation Products, Inc. 55 Woodridge Dr Buffalo, NY 14228** | **Vendor** | | **51,595.10** |

**B4 (Official Form 4) (12/07) - Cont.**

In re **Technology Specialists, Inc.**                                      Case No. _____
                                  Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **May 21, 2015**                          Signature   **/s/ Lee  White**
                                                           **Lee  White**
                                                           **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## District of Maryland

In re **Technology Specialists, Inc.** ,
_____
Debtor

Case No. _____

Chapter _____ **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 935,669.18 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 249,000.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 15 | | 6,325,977.42 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 2 | | | |
| I -  Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J -  Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 27 | | | |
| Total Assets | | | 935,669.18 | | |
| Total Liabilities | | | | 6,574,977.42 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## District of Maryland

In re  **Technology Specialists, Inc.**

,

Debtor

Case No. _____

Chapter _____**11**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re **Technology Specialists, Inc.** ,                    Case No. _____
                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
| --- | --- | --- | --- | --- |
| **None** | | | | |

| | Sub-Total > | **0.00** | (Total of this page) |
| --- | --- | --- | --- |
| | Total > | **0.00** | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re **Technology Specialists, Inc.** _____,    Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Petty Cash** | - | 2,154.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Access National Bank - checking account XXX 4323** | - | 10,285.00 |
| | | **Access National Bank - Professional Business Money Market acct XXX 4323** | - | 31,000.00 |
| | | **Money in Transit (Yet to Post). Will be deposited into the Access National Bank Account** | - | 24,383.65 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **St. Johns Properties, Inc. (Security Deposit for Maryland Real Property Lease)** | - | 7,140.00 |
| | | **SPEC Associates (Security Deposit for South Carolina Real Property Lease)** | - | 10,937.33 |
| | | **Lula Vaughn Smith (Security Deposit for Georgia Real Property Lease)** | - | 1,600.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |

Sub-Total >    87,499.98
(Total of this page)

__3__ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Technology Specialists, Inc.** ,                              Case No. _____
_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Altus Technology Solutions, LLC | - | 4,008.96 |
| | | CSC | - | 7,945.00 |
| | | Dell Services Federal Government, Inc. | - | 139,122.08 |
| | | Frontrunner Network Systems | - | 340.00 |
| | | NRC-HQ | - | 76,945.28 |
| | | SPAWAR Charleston | - | 504,940.00 |
| | | Unisys | - | 1,648.75 |
| | | Vencore Services & Solutions, Inc. | - | 63,825.13 |
| | | H98230 | - | 9,770.00 |

Sub-Total >            808,545.20
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Technology Specialists, Inc.**                                   ,          Case No. _____
                                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **TRAX International, LLC** | - | **1,322.00** |
| | | **Cypress Park Offices, LLC (Return of Security Deposit)** | - | **3,302.00** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Website:  www.tsicorp.com** | - | **Unknown** |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |

Sub-Total >        **4,624.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Technology Specialists, Inc.**                                    ,    Case No. _____
                                                                Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 26.  Boats, motors, and accessories. | X | | | |
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | | **7 Cubicles** **Desks:  11 wooden desks; 7 cubicle desks; Chairs:  27 rolling chairs; 18 office chairs; 2 leather chairs; 4 wooden chairs Tables:  6 wooden tables; 5 folding tables; 1 conference table; 1 side table File cabinets:  4 small metal file cabinets; 6 metal file cabinets; 1 large metal file cabinet; 4 wooden file cabinets; 3 wooden cabinets; 2 bathroom cabinets; 1 hanging cabinet 5 bookshelf; 2 plastic drawers; 1 coat rack; 25 trash cans; 1 large metal kitchen trash can; 1 menu board/chalk board; 3 flags; 22 pieces of artworks; 11 artificial plants/vases; 8 glass bowls/art; 1 refrigerator; 1 microwave; 1 toaster; 1 coffee maker; 3 televisions; 12 lamps; 8 whiteboard; 3 bullentin board; 3 paper shredders; 3 wall clocks; 11 hard drives; 10 landline phones; 35 computer; 11 speakers; 3 webcams; 10 mouses; 10 keyboards; 11 printers; 4 fax machines; 3 copiers; 1 postage meter; 11 laptops; 7 routers; 4 scanners; Others:  1 plotter; 3 switches; 1 ASA** | - | 10,000.00 |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30.  Inventory. | | **Located in Covington, GA: Cisco  Catalyst 3560 24 port switch; Cisco ASA 5510 Adaptive Security Appliance; Cisco Linksys EA2700 internet box; APC BX 1300G power unit back up; HP 1536dng printer; Arris TM608G router; Dynex DX-E402 router; NEC SV8100 router; NEC SV8100 router; APC XS1500 UPS; APC XS1500 U** | - | 25,000.00 |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 35,000.00 |
| (Total of this page) | |
| Total > | 935,669.18 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re __Technology Specialists, Inc._____,    Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | UCC-1 | | | | | |
| **Creditor #: 1**<br>**Federal National Payables, Inc.**<br>**d/b/a Federal National Commerical**<br>**Credit**<br>**7315 Wisconsin Avenue**<br>**Suite 600W**<br>**Bethesda, MD 20814** | X | - | **Substantially all assets of Debtor** | | | | | |
| | | | Value $            939,331.00 | | | | 249,000.00 | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

__0__  continuation sheets attached

| | Subtotal<br>(Total of this page) | 249,000.00 | 0.00 |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | 249,000.00 | 0.00 |

B6E (Official Form 6E) (4/13)

.

In re   **Technology Specialists, Inc.**                                         ,         Case No. _____
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

   A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

   The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

   If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

   Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

   Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

   Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. P. 507(a)(3).

☐ **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

                                             __1__   continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re **Technology Specialists, Inc.**                                         ,     Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | FOR NOTICE PURPOSES ONLY | | | | | |
| **Creditor #: 1** **Comptroller of Maryland** **Compliance Division** **301 West Preston Street, Room 409** **Baltimore, MD 21201** | - | | | | | | | | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| Account No. | | | | FOR NOTICE PURPOSES ONLY | | | | | |
| **Creditor #: 2** **Internal Revenue Service** **Centralized Insolvency Operation** **P.O. Box 7346** **Philadelphia, PA 19101-7346** | - | | | | | | | | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet  1  of  1  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | 0.00 0.00 |
| Total (Report on Summary of Schedules) | 0.00 | 0.00 0.00 |

B6F (Official Form 6F) (12/07)

In re **Technology Specialists, Inc.**            Case No. _____
                                                    ,
                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Creditor #: 1**<br>**Acano Federal**<br>**Attn: John Sparks**<br>**13800 Coppermine Rd. Ste. 214**<br>**Herndon, VA 20171** | | - | Vendor | | | | 290,650.00 |
| Account No. xxx7800<br><br>**Creditor #: 2**<br>**ACC Business**<br>**P.O. Box 105306**<br>**Atlanta, GA 30348-5306** | | - | Monthly service - Charleston | | | | 8,415.89 |
| Account No.<br><br>**Creditor #: 3**<br>**AccuTech**<br>**P.O. Box 840781**<br>**Dallas, TX 75284-0781** | | - | Vendor | | | | 49,913.00 |
| Account No.<br><br>**Creditor #: 4**<br>**ACG Systems**<br>**133 Defense Hwy, Suite 206**<br>**Annapolis, MD 21401** | | - | Vendor | | | | 14,386.00 |

   **14**   continuation sheets attached

                                            Subtotal<br>                                       (Total of this page)       **363,364.89**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Technology Specialists, Inc.**                                        ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Monthly service - Charleston | | | | |
| Creditor #: 5 ADT Typo Integrated Security LLC P.O. Box 371967 Pittsburgh, PA 15250-7967 | | - | | | | | | 1,080.33 |
| Account No. **xx-x8687** | | | | Vendor | | | | |
| Creditor #: 6 Allied Electronics, Inc. P.O. Box 2325 Fort Worth, TX 76113-2325 | | - | | | | | | 206.97 |
| Account No. **xxxx-xxxxxx-x1001** | | | | Credit Card Purchases | | | | |
| Creditor #: 7 American Express Travel Related Services P.O. Box 360001 Fort Lauderdale, FL 33336-0001 | X | - | | | | | | 33,404.00 |
| Account No. **xxx-xxx-xxxx-xxx 1893** | | | | Monthly bill - Charleston | | | | |
| Creditor #: 8 AT&T P.O. Box 105262 Atlanta, GA 30348-5262 | | - | | | | | | 266.65 |
| Account No. **xxxxxx7644** | | | | Commercial Loan - Line of Credit | | | | |
| Creditor #: 9 Bank of America P.O. Box 45144 FL9-100-04-24 Building 100 4th Fl. Jacksonville, FL 32232-9923 | X | - | | | | | | 100,558.37 |

Sheet no. __1___ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

135,516.32

B6F (Official Form 6F) (12/07) - Cont.

In re  **Technology Specialists, Inc.** _____,     Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx-xxxx-xxxx-3257** | | | | **Business Visa Credit Card** | | | | |
| **Creditor #: 10**<br>**Bank of America**<br>**P.O. Box 25118**<br>**Tampa, FL 33622-5118** | X | - | | | | | | 43,272.07 |
| Account No. **xxxx-xxxx-xxxx-1874** | | | | **Credit Card Purchases** | | | | |
| **Creditor #: 11**<br>**BB&T**<br>**P.O. Box 580503**<br>**Charlotte, NC 28258-0503** | | - | | | | | | 42,339.75 |
| Account No. | | | | **Credit Card Purchases** | | | | |
| **Creditor #: 12**<br>**BB&T**<br>**P.O. Box 580503**<br>**Charlotte, NC 28258-0503** | X | - | | | | | | 860.00 |
| Account No. **Suite A** | | | | **Monthly bill - Bowie** | | | | |
| **Creditor #: 13**<br>**BGE**<br>**P.O. Box 13070**<br>**Philadelphia, PA 19101-3070** | | - | | | | | | 576.94 |
| Account No. **Suite B** | | | | **Monthly bill - Bowie** | | | | |
| **Creditor #: 14**<br>**BGE**<br>**P.O. Box 13070**<br>**Philadelphia, PA 19101** | | - | | | | | | 272.48 |

Sheet no. __2__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **87,321.24**

B6F (Official Form 6F) (12/07) - Cont.

In re **Technology Specialists, Inc.**                                          ,     Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxx0842 <br><br> **Creditor #: 15** <br> **Black Box Corporation** <br> **P.O. Box 371671** <br> **Pittsburgh, PA 15251-7671** | | - | Vendor | | | | 1,184.72 |
| Account No. <br><br> **Creditor #: 16** <br> **Bridge Enterprises, Inc.** <br> **307 Yoakum Parkway, Ste. 1504** <br> **Alexandria, VA 22304** | | - | | | | X | 35,000.00 |
| Account No. <br><br> **Georgia H. Goslee** <br> **1400 East-West Highway** <br> **Silver Spring, MD 20901** | | | Representing: <br> **Bridge Enterprises, Inc.** | | | | Notice Only |
| Account No. xxxx-xxxx-xxxx-5851 <br><br> **Creditor #: 17** <br> **Capital One** <br> **P.O. Box 71083** <br> **Charlotte, NC 28272** | X | - | Credit Card Purchases | | | | 10,379.88 |
| Account No. <br><br> **Creditor #: 18** <br> **Carahsoft Technology Corp.** <br> **12369 Sunrise Valley Dr.** <br> **Suite D2** <br> **Reston, VA 20191** | | - | Vendor | | | | 74,894.21 |

Sheet no. __3__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    121,458.81

B6F (Official Form 6F) (12/07) - Cont.

In re **Technology Specialists, Inc.** _____,      Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx8954**<br><br>**Creditor #: 19**<br>**CDW, Inc**<br>**75 Remittance Dr., Ste. 1515**<br>**Chicago, IL 60675-1515** | - | | Vendor | | | | 808,044.27 |
| Account No.<br><br>**Creditor #: 20**<br>**Chugach World Services, Inc.**<br>**814 Greenbrier Circle, Ste. L**<br>**Chesapeake, VA 23320** | - | | Vendor | | | | 10,000.00 |
| Account No. **xx7742**<br><br>**Creditor #: 21**<br>**CISCO Systems Capital Corp.**<br>**P.O. Box 41602**<br>**Philadelphia, PA 19101-1602** | X - | | Lease for AV Equipment | | | | 22,636.75 |
| Account No. **xxxxxxxxx304-1**<br><br>**Creditor #: 22**<br>**Comcast Cable**<br>**P.O. Box 105184**<br>**Atlanta, GA 30348-5184** | X - | | Monthly bill - Charleston | | | | 324.11 |
| Account No. **xxxxxxxxxxx5301**<br><br>**Creditor #: 23**<br>**Cox Communications, Inc.**<br>**P.O. Box 61027**<br>**New Orleans, LA 70161-1027** | - | | Monthly bill - Gretna | | | | 3,164.04 |

Sheet no. __4__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

844,169.17

B6F (Official Form 6F) (12/07) - Cont.

In re **Technology Specialists, Inc.** _____,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | - | Vendor | | | | |
| **Creditor #: 24** **CXTEC 1** **5404 S. Bay Rd.** **Syracuse, NY 13212** | | | | | | | | 2,910.00 |
| Account No. **xxxx7875** | | X | - | Lease for equipment | | | | |
| **Creditor #: 25** **DeLage Landen Financial Services, Inc.** **1111 Old Eagle School Rd.** **Wayne, PA 19087** | | | | | | | | 2,617.24 |
| Account No. **xxx0272** | | | - | Vendor | | | | |
| **Creditor #: 26** **Dell Marketing L.P.** **c/o Dell USA, LP** **P.O. Box 802816** **Chicago, IL 60680-2816** | | | | | | | | 358,221.59 |
| Account No. | | | - | Vendor | | | | |
| **Creditor #: 27** **Digitek Computer Products** **P.O. Box 956240** **Saint Louis, MO 63195-6240** | | | | | | | | 89,841.70 |
| Account No. | | | - | Monthly bill - Charleston | | | | |
| **Creditor #: 28** **Earthlink Business Deltacom** **P.O. Box 2252** **Birmingham, AL 35246-1058** | | | | | | | | 10,266.04 |

Sheet no. __5__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   463,856.57

B6F (Official Form 6F) (12/07) - Cont.

In re  **Technology Specialists, Inc.** _____,   Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | Vendor | | | | | |
| Creditor #: 29 Global Service 1401 14th St., NW 3rd Floor Washington, DC 20005 | - | | | | | | | 3,000.00 |
| Account No. | | | Vendor | | | | | |
| Creditor #: 30 Harris Corp 1680 University Ave. Rochester, NY 14609 | - | | | | | | | 493,832.00 |
| Account No. | X | | Vendor | | | | | |
| Creditor #: 31 IM Standard Jonathan Maderer Ingram Micro P.O. Box 415034 Boston, MA 02241-5034 | - | | | | | | | 54,308.76 |
| Account No. | | | Vendor | | | | | |
| Creditor #: 32 Insight Public Sector, Inc. 444 Scott Dr. Bloomingdale, IL 60108-3111 | - | | | | | | | 10,671.08 |
| Account No. xxx1403 | | | Vendor | | | | | |
| Creditor #: 33 Jenne Distributors 33665 Chester Rd. Avon, OH 44011-1307 | - | | | | | | | 67,656.89 |

Sheet no. __6__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **629,468.73**

B6F (Official Form 6F) (12/07) - Cont.

In re **Technology Specialists, Inc.**                                    Case No. _____
                                                            ,
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Creditor #: 34** <br> **Kinloch and Associates** <br> **8808 Centre Park Dr., Ste. 300** <br> **Columbia, MD 21045** | | - | Accountant | | | | 97,412.57 |
| Account No. <br> **Creditor #: 35** <br> **Law Office of R. David Danziger, PC** <br> **111 Street Rd., Ste. 200** <br> **Southampton, PA 18966** | | - | Legal services | | | | 5,262.19 |
| Account No. xxx1566 <br> **Creditor #: 36** <br> **Marlin Business Bank** <br> **P.O. Box 13604** <br> **Philadelphia, PA 19101-3604** | | - | Lease for Screens | | | | 3,407.52 |
| Account No. xxxx1566 <br> **Creditor #: 37** <br> **Marlin Business Bank** <br> **P.O. Box 13604** <br> **Philadelphia, PA 19101-3604** | | - | Lease for conference table/chairs | | | | 1,712.86 |
| Account No. xxx xxxxxx6-001 <br> **Creditor #: 38** <br> **Marlin Leasing** <br> **2795 E. Cottonwood Pkwy** <br> **Suite 120** <br> **Salt Lake City, UT 84121** | | - | Lease for equipment | | | | 34,507.22 |

Sheet no. _7___ of _14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          142,302.36

B6F (Official Form 6F) (12/07) - Cont.

In re  **Technology Specialists, Inc.**                                          ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Legal services | | | | |
| Creditor #: 39<br>Miles & Stockbridge, P.C.<br>11 N. Washington St., Ste. 700<br>Rockville, MD 20850-4229 | - | | | | | | | 744.50 |
| Account No. | | | | Vendor | | | | |
| Creditor #: 40<br>Motorola Solutions, Inc.<br>13108 Collections Center Dr.<br>Chicago, IL 60693 | - | | | | | | | 438,486.78 |
| Account No. | | | | Vendor | | | | |
| Creditor #: 41<br>Pardee<br>1952 Belgrade Ave.<br>Charleston, SC 29407 | - | | | | | | | 460.00 |
| Account No. | | | | Vendor | | | | |
| Creditor #: 42<br>PEMCCO Incorporated<br>4445 Corporation Ln.<br>Virginia Beach, VA 23450 | - | | | | | | | 139,664.23 |
| Account No. | | | | Vendor | | | | |
| Creditor #: 43<br>Petree Press<br>45945 Trefoil Lane, Unit 166<br>Sterling, VA 20166 | - | | | | | | | 698.34 |

Sheet no. __8__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        580,053.85

B6F (Official Form 6F) (12/07) - Cont.

In re  **Technology Specialists, Inc.**                                              ,     Case No. _____
                                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx6336**<br><br>**Creditor #: 44**<br>**Pitney Bowes Global Financial**<br>**Services**<br>**P.O. Box 856056**<br>**Louisville, KY 40285-6390** | | - | | Lease | | | | 134.48 |
| Account No.<br><br>**Creditor #: 45**<br>**PNC**<br>**P.O. Box 856177**<br>**Louisville, KY 40285** | X | - | | Credit Card Purchases | | | | 1,309.75 |
| Account No.<br><br>**Creditor #: 46**<br>**Pole/Zero Corporation**<br>**5558 Union Centre Dr.**<br>**West Chester, OH 45069-4821** | | - | | Vendor | | | | 99,011.52 |
| Account No.<br><br>**Creditor #: 47**<br>**Pursel & Drinkard, LLC**<br>**One Centre Park**<br>**8808 Centre Park Dr., Ste. 204**<br>**Columbia, MD 21046** | | - | | Legal services | | | | 2,266.00 |
| Account No.<br><br>**Creditor #: 48**<br>**Republic Services**<br>**Fennell Container Co.**<br>**P.O. Box 9001099**<br>**Louisville, KY 40290-1099** | | - | | Monthly bill - Charleston | | | | 1,094.82 |

Sheet no. __9__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

103,816.57

B6F (Official Form 6F) (12/07) - Cont.

In re __Technology Specialists, Inc._____,    Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx6767** | | | | **Vendor** | | | | |
| **Creditor #: 49**<br>**Rockwell Collins**<br>**Credit and Collections**<br>**MS 106-176**<br>**400 Collins Rd., NE**<br>**Cedar Rapids, IA 52498** | | - | | | | | | 925,226.00 |
| Account No. | | | | **Vendor** | | | | |
| **Creditor #: 50**<br>**Rohde & Schwartz USA, Inc.**<br>**8661A Robert Fulton Dr.**<br>**Columbia, MD 21046-2265** | | - | | | | | | 295,155.77 |
| Account No. | | | | **Representing:**<br>**Rohde & Schwartz USA, Inc.** | | | | |
| **Elliott Jay Marsden**<br>**Marsden & Seledee, P.A.**<br>**1 N. Charles Street, Suite 2300**<br>**Baltimore, MD 21201-3740** | | | | | | | | **Notice Only** |
| Account No. | | | | **Vendor** | | | | |
| **Creditor #: 51**<br>**SoftwareONE, Inc.**<br>**15700 W. Cleveland Ave.**<br>**P.O. Box 510944**<br>**New Berlin, WI 53151-0944** | | - | | | | | | 25,840.00 |
| Account No. | | | | **Lease for 1021 Bankton Dr., Hanahan, SC** | | | | |
| **Creditor #: 52**<br>**Spec Associates**<br>**Attn: Eugene Blanton**<br>**311 Johnnie Dodds Blvd., Ste. 221**<br>**Mount Pleasant, SC 29464** | X | - | | | | | X | 24,452.84 |

Sheet no. __10__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        1,270,674.61

B6F (Official Form 6F) (12/07) - Cont.

In re __Technology Specialists, Inc._____,    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Lease for 4861 Telsa Dr., Suite A-B, Bowie, Maryland | | | | |
| Creditor #: 53 St. John Properties 2560 Lord Baltimore Drive Windsor Mill, MD 21244 | X | - | | | | | 26,197.49 |
| Account No. | | | Representing: | | | | |
| St. John Properties P.O. Box 62706 Baltimore, MD 21264-2707 | | | St. John Properties | | | | Notice Only |
| Account No. | | | Vendor | | | | |
| Creditor #: 54 Stampede Presentation Products, Inc. 55 Woodridge Dr Buffalo, NY 14228 | X | - | | | | | 51,595.10 |
| Account No. | | | Representing: | | | | |
| Euler Hermes Collections North America 800 Red Brook Blvd Suite 400C Owings Mills, MD 21117 | | | Stampede Presentation Products, Inc. | | | | Notice Only |
| Account No. | | | Vendor | | | | |
| Creditor #: 55 Stonewall Cable, Inc. 126 Hawkensen Dr. Rumney, NH 03266-3548 | | - | | | | | 1,564.57 |

Sheet no. __11__ of __14__ sheets attached to Schedule of    Subtotal
Creditors Holding Unsecured Nonpriority Claims    (Total of this page)    79,357.16

B6F (Official Form 6F) (12/07) - Cont.

In re **Technology Specialists, Inc.** _____, Case No. _____
                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 56<br>Creditor #: 56<br>Syngery, LLC<br>1808 Arbutus Ave.<br>Halethorpe, MD 21227 | | - | Vendor - company security | | | | 902.50 |
| Account No. xx4802<br>Creditor #: 57<br>Unum Life Ins. Company of America<br>P.O. Box 406990<br>Atlanta, GA 30384-6990 | | - | Life insurance monthly bill - Bowie | | | | 512.37 |
| Account No. xxxxxxxx xx. xxxx5614<br>Creditor #: 58<br>UPS Freight<br>P.O. Box 533238<br>Charlotte, NC 28290-3238 | | - | Vendor | | | | 608.30 |
| Account No.<br>Baker, Govern & Banker, Inc.<br>7771 West Oakland Park Blvd<br>Suite 240 Atrium West Building<br>Fort Lauderdale, FL 33351 | | | Representing:<br>UPS Freight | | | | Notice Only |
| Account No.<br>Creditor #: 59<br>Visitec<br>2020 Dean St., Unit H<br>Saint Charles, IL 60174 | | - | Vendor | | | | 63,283.78 |

Sheet no. __12__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

65,306.95

B6F (Official Form 6F) (12/07) - Cont.

In re __Technology Specialists, Inc._____,    Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx4348** | | | **Monthly bill - Bowie** | | | | |
| **Creditor #: 60**<br>**Washington Gas**<br>**P.O. Box 37747**<br>**Philadelphia, PA 19101-5047** | | - | | | | | |
| | | | | | | | 293.70 |
| Account No. | | | **Vendor** | | | | |
| **Creditor #: 61**<br>**Washington Professional Systems**<br>**11242 Grandview Ave**<br>**Silver Spring, MD 20902** | X | - | | | | | |
| | | | | | | | 571,290.90 |
| Account No. **xxxx-xxxx-xxxx-0142** | | | **Line of Credit** | | | | |
| **Creditor #: 62**<br>**Wells Fargo**<br>**Payment Remittance Center**<br>**P.O. Box 6426**<br>**Carol Stream, IL 60197-6426** | X | - | | | | | |
| | | | | | | | 70,854.32 |
| Account No. **xxxx9494** | | | **Vendor** | | | | |
| **Creditor #: 63**<br>**Windstream Communications, Inc.**<br>**P.O. Box 843006**<br>**Kansas City, MO 64184-3006** | | - | | | | | |
| | | | | | | | 10,742.53 |
| Account No. | | | **Vendor** | | | | |
| **Creditor #: 64**<br>**World Wide Technologies**<br>**P.O. Box 957653**<br>**Saint Louis, MO 63195-7653** | | - | | | | | |
| | | | | | | | 763,385.08 |

Sheet no. __13__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         | 1,416,566.53 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Technology Specialists, Inc.**                                                    ,          Case No. _____
                                                     Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | Vendor | | | | | | |
| **Creditor #: 65**<br>**Wright Line**<br>**c/o Eaton Corp.**<br>**P.O. Box 93531**<br>**Chicago, IL 60673-3531** | - | | | | | | | **22,743.66** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __**14**__ of __**14**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal<br>(Total of this page) | **22,743.66** |
|---|---|---|
| | Total<br>(Report on Summary of Schedules) | **6,325,977.42** |

B6G (Official Form 6G) (12/07)

.

In re   **Technology Specialists, Inc.**                                ,       Case No. _____

                                      Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
|---|---|
| **Acura**<br>**DBA AHFA**<br>**P.O. Box 105027**<br>**Atlanta, GA 30348-5027** | **2015 Acura - $574.10 monthly beginning 5/9/2015**<br>**for 39 months** |
| **CISCO Systems Capital Corp.**<br>**P.O. Box 41602**<br>**Philadelphia, PA 19101-1602** | **Equipment lease - Cisco AV equipment**<br>**Beginning: 8/15/2013 - 8/4/2016**<br>**$6,745.21 per month** |
| **Cypress Park Offices, LLC**<br>**405 Gretna Boulevard, Ste. 109**<br>**Gretna, LA 70053** | **Lease of Premises in Louisiana (Vacated Prior to**<br>**the Petition Date)** |
| **DeLage Landen Financial Services, Inc.**<br>**1111 Old Eagle School Rd.**<br>**Wayne, PA 19087** | **Lease for equipment ( CAT lift truck)**<br>**Beginning: 11/15/2012 - 11/14/2015**<br>**$460.54 per month** |
| **Dell Services Federal Government, Inc.**<br>**8270 Willow Oaks Corporate Drive**<br>**Fairfax, VA 22031** | **Master Subcontract**<br>**Term 12/2011 - May 2017**<br>**Option Extension Exercised Through 5/17/2016,**<br>**with additional option through May 2017** |
| **Lula Vaughn Smith**<br>**P.O. Box 470**<br>**Covington, GA 30015** | **Lease for business address of 1123 Church St.,**<br>**Ste 203, Covington,GA 30014**<br>**Beginning: 1/9/2012 - 1/8/2015**<br>**$1,600.00 per month** |
| **Marlin Leasing**<br>**2795 E. Cottonwood Pkwy**<br>**Suite 120**<br>**Salt Lake City, UT 84121** | **Lease for Office equipment (conference table &**<br>**chairs)**<br>**Beginning 12/14/2012 - 12/13/2017**<br>**$339.00 per month** |
| **Marlin Leasing**<br>**2795 E. Cottonwood Pkwy**<br>**Suite 120**<br>**Salt Lake City, UT 84121** | **Lease for office equipment**<br>**Beginning: 1/8/2013 - 1/7/2018**<br>**$809.00 per month** |
| **Marlin Leasing**<br>**2795 E. Cottonwood Pkwy**<br>**Suite 120**<br>**Salt Lake City, UT 84121** | **Lease for office equipment**<br>**Beginning: 2/19/2013 - 2/18/2018**<br>**$384.00 per month** |
| **Pitney Bowes**<br>**P.O. Box 856460**<br>**Louisville, KY 40285-6460** | **Postage Machine** |

**1**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re   **Technology Specialists, Inc.**                                              ,   Case No. _____

_____
                            Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **Spec Associates** **Attn:  Eugene Blanton** **311 Johnnie Dodds Blvd. Ste. 221** **Mount Pleasant, SC 29464** | **Lease for business address 1021 Bankton Dr., Hanahan, SC** **Beginning:  10/1/2011 - 10/31/2019** **$11,888.45 per month** **(Vacated Prior to the Petition Date)** |
| **St. John Properties** **2560 Lord Baltimore Drive** **Windsor Mill, MD 21244** | **Lease for business address of 4861Tesla Dr., Ste. A-B, Bowie, Maryland** **Beginning:  6/1/2010 - 9/30/2020** **Terms as follows:** **$3,901.04 January 1, 2015 - June 1, 2015** **July 1, 2015 -  August 1, 2015 - $11,703.11;** **September 1, 2015 - December 1, 2015 - $11,937.16** **The remaining month to be continued as stated in lease agreement** **( January 1, 2016  - September 30, 2020)** **  $7,574.83 per month** |
| **U.S. Nuclear Regulatory Commission** **Division of Contracts** **Mail Stop TWB-01-B10M** **Washington, DC 20555** | **U.S. National Regulatory Commission** **Telecommunications system maintenance and support contracts/task orders** **Term with Options through 12/2017** |
| **Vencore Services & Solutions** **890 Explorer Blvd** **Huntsville, AL 35806** | **Business sub-contract agreement - Indefinite Delivery Indefinite Quality (IDIQ)** **Option year 2 - April 18, 2015 - April 17, 2016** |

Sheet __1__ of __1__  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re    **Technology Specialists, Inc.**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Lee White**<br>**10129 Deep Skies Drive**<br>**Laurel, MD 20723-5782** | **Bank of America**<br>**P.O. Box 45144**<br>**FL9-100-04-24 Building 100 4th Fl.**<br>**Jacksonville, FL 32232-9923** |
| **Lee White**<br>**10129 Deep Skies Drive**<br>**Laurel, MD 20723-5782** | **DeLage Landen Financial Services, Inc.**<br>**1111 Old Eagle School Rd.**<br>**Wayne, PA 19087** |
| **Lee White**<br>**10129 Deep Skies Drive**<br>**Laurel, MD 20723-5782** | **St. John Properties**<br>**2560 Lord Baltimore Drive**<br>**Windsor Mill, MD 21244** |
| **Lee White**<br>**10129 Deep Skies Drive**<br>**Laurel, MD 20723-5782** | **American Express Travel Related Services**<br>**P.O. Box 360001**<br>**Fort Lauderdale, FL 33336-0001** |
| **Lee White**<br>**10129 Deep Skies Drive**<br>**Laurel, MD 20723-5782** | **Bank of America**<br>**P.O. Box 25118**<br>**Tampa, FL 33622-5118** |
| **Lee White**<br>**10129 Deep Skies Drive**<br>**Laurel, MD 20723-5782** | **BB&T**<br>**P.O. Box 580503**<br>**Charlotte, NC 28258-0503** |
| **Lee White**<br>**10129 Deep Skies Drive**<br>**Laurel, MD 20723-5782** | **Capital One**<br>**P.O. Box 71083**<br>**Charlotte, NC 28272** |
| **Lee White**<br>**10129 Deep Skies Drive**<br>**Laurel, MD 20723-5782** | **CISCO Systems Capital Corp.**<br>**P.O. Box 41602**<br>**Philadelphia, PA 19101-1602** |
| **Lee White**<br>**10129 Deep Skies Drive**<br>**Laurel, MD 20723-5782** | **Comcast Cable**<br>**P.O. Box 105184**<br>**Atlanta, GA 30348-5184** |
| **Lee White**<br>**10129 Deep Skies Drive**<br>**Laurel, MD 20723-5782** | **IM Standard**<br>**Jonathan Maderer Ingram Micro**<br>**P.O. Box 415034**<br>**Boston, MA 02241-5034** |
| **Lee White**<br>**10129 Deep Skies Drive**<br>**Laurel, MD 20723-5782** | **PNC**<br>**P.O. Box 856177**<br>**Louisville, KY 40285** |

**1**

_____ continuation sheets attached to Schedule of Codebtors

In re **Technology Specialists, Inc.** _____,    Case No. _____
                                            Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Lee White**<br>**10129 Deep Skies Drive**<br>**Laurel, MD 20723-5782** | **Spec Associates**<br>**Attn:  Eugene Blanton**<br>**311 Johnnie Dodds Blvd., Ste. 221**<br>**Mount Pleasant, SC 29464** |
| **Lee White**<br>**10129 Deep Skies Drive**<br>**Laurel, MD 20723-5782** | **Washington Professional Systems**<br>**11242 Grandview Ave**<br>**Silver Spring, MD 20902** |
| **Lee White**<br>**10129 Deep Skies Drive**<br>**Laurel, MD 20723-5782** | **Wells Fargo**<br>**Payment Remittance Center**<br>**P.O. Box 6426**<br>**Carol Stream, IL 60197-6426** |
| **Lee White**<br>**10129 Deep Skies Drive**<br>**Laurel, MD 20723-5782** | **Stampede Presentation Products, Inc.**<br>**55 Woodridge Dr**<br>**Buffalo, NY 14228** |
| **Lee White**<br>**10129 Deep Skies Drive**<br>**Laurel, MD 20723-5782** | **Federal National Payables, Inc.**<br>**d/b/a Federal National Commerical Credit**<br>**7315 Wisconsin Avenue**<br>**Suite 600W**<br>**Bethesda, MD 20814** |
| **Thalia P. White**<br>**10129 Deep Skies Drive**<br>**Laurel, MD 20723-5782** | **Bank of America**<br>**P.O. Box 45144**<br>**FL9-100-04-24 Building 100 4th Fl.**<br>**Jacksonville, FL 32232-9923** |
| **Thalia P. White**<br>**10129 Deep Skies Drive**<br>**Laurel, MD 20723-5782** | **St. John Properties**<br>**2560 Lord Baltimore Drive**<br>**Windsor Mill, MD 21244** |
| **Thalia P. White**<br>**10129 Deep Skies Drive**<br>**Laurel, MD 20723-5782** | **Federal National Payables, Inc.**<br>**d/b/a Federal National Commerical Credit**<br>**7315 Wisconsin Avenue**<br>**Suite 600W**<br>**Bethesda, MD 20814** |
| **Thalia P. White**<br>**10129 Deep Skies Drive**<br>**Laurel, MD 20723-5782** | **IM Standard**<br>**Jonathan Maderer Ingram Micro**<br>**P.O. Box 415034**<br>**Boston, MA 02241-5034** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Maryland

In re  **Technology Specialists, Inc.**
_____    Case No. _____
                              Debtor(s)      Chapter      **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**29**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **May 21, 2015**
_____

Signature    **/s/ Lee  White**
_____
            **Lee  White**
            **President**

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## District of Maryland

In re **Technology Specialists, Inc.**

Debtor(s)

Case No.

Chapter **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$1,003,406.86** | **As of April, 2015:** |
| **$15,728,257.00** | **2014: Business Income** |
| **$37,863,051.00** | **2013: Business Income** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

B7 (Official Form 7) (04/13)                                                                                                2

---

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None
☐

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |
| **American Express** | 1/10/2015:  $13,417.32<br>3/4/2015: $5,092.14<br>3/12/2015: $15,872.62<br>4/13/2015: $15,872.62 | **$50,254.70** | **$33,404.00** |
| **Lockhead Martin Corporation** | 4/21/2015:  $8,228.00 | **$8,228.00** | **$0.00** |
| **BenefitMall.com**<br>**P.O. Box 630957**<br>**Baltimore, MD 21263-0957** | 2/4/2015: $11,926.70<br>2/27/2015: $11,206.34<br>4/3/2015: $15,254.62<br>5/5/2015: $14,252.74 | **$40,713.70** | **$0.00** |
| **TESSCO** | 2/6/15:  $6,750.28 | **$6,750.28** | **$0.00** |
| **The Hanover Insurance Group** | 2/26/2015:  $6,227.66<br>3/13/2015: $121.50 | **$6,349.16** | **$0.00** |
| **Avaya, Inc.** | 2/13/2015:  $7,862.11<br>5/1/2015: $3,000.00 | **$10,862.10** | **$0.00** |
| **St. John Properties**<br>**2560 Lord Baltimore Drive**<br>**Windsor Mill, MD 21244** | 2/27/2015: $3,901.14<br>4/3/2015:  $7,203.03 | **$11,104.17** | **$26,197.49** |
| **Windstream Supply** | 2/06/2015: $1,648.27<br>2/27/2015: $1,648.71<br>2/27/2015: $2,367.50<br>3/13/2015: $2,996.53<br>4/3/2015: $1,623.99<br>4/10/2015: $1,657.59<br>4/17/2015: $5,417.78<br>4/30/2015:  $16,870.79<br>5/1/2015: $2,996.53<br>5/6/2015: $11,525.06<br>5/6/2015: $1,625.79 | **$50,378.54** | **$10,742.53** |

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)                                                                                                                                    3

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Truth Technology, Inc.** | **2/20/2015: $2,800.00** <br> **3/4/2015: $2,800.00** <br> **3/19/2015: $1,060.00** <br> **3/19/2015: $1,320.00** <br> **4/1/2015: $1,287.50** <br> **4/10/2015: $10,436.06** <br> **4/14/2015: $1,060.00** <br> **4/14/2015: $741.75** <br> **4/30/2015: $1,060.00** | **$22,565.31** | **$0.00** |
| **Daniel Corman** | **2/2/2015: $1,000** <br> **2/13/2015: $1,500** <br> **3/4/2015: $5,900** <br> **5/1/2015: $3,450** <br> **3/23/2015: $1,250** <br> **4/2/2015: $1,250** <br> **4/17/2015: $1,250** | **$15,600.00** | **$0.00** |
| **Motorola Solutions, Inc.** | **2/13/2015: $2,500.00** <br> **05/01/2015: $173,888.00** | **$176,388.00** | **$438,486.78** |
| **North Carolina Department of Revenue** <br> **P.O. Box 25000** <br> **Raleigh, NC 27640-0615** | **3/10/2015: $5,968.04** <br> **3/13/2015: $60.00** | **$6,028.04** | **$0.00** |
| **April T. Brown** | **3/19/2015: $1,740.00** <br> **4/1/2015: $1,740.00** <br> **4/14/2015: $1,740** <br> **4/30/2015: $1,740.00** | **$6,960.00** | **$0.00** |

None ☐    c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Lee White** <br><br> **President** | **6/10/2014: $2,750.00** <br> **9/29/2014: $600.00** <br> **10/16/2014: $1,500** <br> **10/31/2014: $1,500** <br> **12/19/2014: $3,000** <br> **12/31/2014: $2,000** | **$11,350.00** | **$0.00** |

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Rohde & Schwarz USA Inc.,** <br> **vs** <br> **Technology Specialist Inc** <br> **CAL 14-32267** | **Complaint** | **Circuit Court of Maryland for Prince George's County, Maryland** <br> **Upper Marlboro, Maryland** | **Pending** |
| **Dell Marketing, L.P. v. Technology Specialists, Inc.** <br> **Case No. D-1-GN-15-000399** | **Contract** | **District Court, 98th Judicial District, Travis County, Texas** | **Judgment entered on May 7, 2015 in the amount of $358,221.59** |

B7 (Official Form 7) (04/13)                                                                                                                    4

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **De Lage Landen Financial Services, Inc. v. Technology Specialists, Inc. et al, Case No. 2:15-cv-01026-MAK** | **Contract** | **United States District Court, Eastern District of Pennsylvania** | **Pending** |
| **Acano Federal, Inc. v. Technology Specialists, Inc.** <br> **Case No. 8:15-cv-01133-PWG** | **Contract** | **United States District Court for the District of Maryland** | **Pending** |
| **World Wide Technology, Inc. v. Technology Specialists, Inc.** <br> **Case No. 4:15-cv-00204-CEJ** | **Contract** | **United States District Court for the Eastern District of Missouri** | **Judgment entered on 5/1/2015 in the amount of $763,385.08** |

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.  Repossessions, foreclosures and returns**

None ■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.  Assignments and receiverships**

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7.  Gifts**

None ■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8.  Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9.  Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **McNamee Hosea**<br>**6411 Ivy Lane - Ste. 200**<br>**Greenbelt, MD 20770** | **10/24/2014** | **$50,000**<br>**Per 2016(b), $11,374.31 was used to pay pre-petition invoices between October 2014 and April 30, 2015** |

**10.  Other transfers**

None
☐

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |
| **Kinloch and Associates**<br>**8808 Centre Park Dr., Ste. 300**<br>**Columbia, MD 21045** | **1/2015** | **Furniture with a value of $1600**<br>**16 chairs @ $100.00 per chair** |

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11.  Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| **Bank of America**<br>**2120 West Street**<br>**Annapolis, MD 21401** | **Checking xxxx 3192**<br>**Savings Account xxxx 5082** | **May 20, 2015:  $2,154.00** |

B7 (Official Form 7) (04/13)                                                                                                                          6

---

#### 12. Safe deposit boxes

None
☐

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| **Bank of America 2120 West Street Annapolis, MD 21401** | **Lee White** | **Corporate Documents** | **Closed on May 20, 2015** |

---

#### 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

#### 14. Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

---

#### 15. Prior address of debtor

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **1021 Bankton Drive, Hanahan, SC 29046 (Debtor's Former Leased Facility in South Carolina)** | **Technology Specialists, Inc.** | **10/1/2011 - 12/1/2014** |
| **405 Gretna Boulevard, Suite 109, Gretna, LA 70053 (Lease of Former Louisiana Premises)** | **Technology Specialists, Inc.** | **8/2012 - 10/2014** |

---

#### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■
a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■
b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■
c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

**18 . Nature, location and name of business**

None
■
a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |

None
■
b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

B7 (Official Form 7) (04/13)                                                                                                   8

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                                               DATES SERVICES RENDERED
**Kinloch and Associates**                                                                     **2005 - Present**
**8808 Centre Park Dr., Ste. 300**
**Columbia, MD 21045**

None
☐  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                              ADDRESS                                           DATES SERVICES RENDERED
**Kinloch and Associates**        **8808 Centre Park Dr., Ste. 300**                **Compiled Audit Completed in 2013**
                                  **Columbia, MD 21045**

None
☐  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                        ADDRESS
**Kinloch and Associates**                                  **8808 Centre Park Dr., Ste. 300**
                                                            **Columbia, MD 21045**

None
■  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                                        DATE ISSUED

---

**20. Inventories**

None
■  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

                                                                       DOLLAR AMOUNT OF INVENTORY
DATE OF INVENTORY                 INVENTORY SUPERVISOR                  (Specify cost, market or other basis)

None
■  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

                                                  NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
DATE OF INVENTORY                                 RECORDS

---

**21 . Current Partners, Officers, Directors and Shareholders**

None
■  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                          NATURE OF INTEREST                    PERCENTAGE OF INTEREST

None    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
☐      controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Lee White** | **President** | **50% stock interest** |
| **Thalia White** | | **50% stock interest** |

---

**22 . Former partners, officers, directors and shareholders**

None    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
■      commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
■      immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
■      in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the
       commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated
■      group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement
       of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

**25. Pension Funds.**

None    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as
■      an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

B7 (Official Form 7) (04/13)                                                                                                10

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **May 21, 2015**                          Signature    **/s/ Lee  White**

                                                             **Lee  White**
                                                             **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## District of Maryland

In re   **Technology Specialists, Inc.** _____ ,

Debtor

Case No. _____

Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **None** | | | |

# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**May 21, 2015**_____

Signature _**/s/ Lee White**_____
**Lee White**
**President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

___**0**___ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## District of Maryland

In re   **Technology Specialists, Inc.**

Debtor(s)

Case No.

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct

to the best of my knowledge.

Date:   **May 21, 2015**

**/s/ Lee  White**

**Lee  White/President**
Signer/Title

Acano Federal
Attn: John Sparks
13800 Coppermine Rd. Ste. 214
Herndon, VA 20171


ACC Business
P.O. Box 105306
Atlanta, GA 30348-5306


AccuTech
P.O. Box 840781
Dallas, TX 75284-0781


ACG Systems
133 Defense Hwy, Suite 206
Annapolis, MD 21401


ADT
Typo Integrated Security LLC
P.O. Box 371967
Pittsburgh, PA 15250-7967


Allied Electronics, Inc.
P.O. Box 2325
Fort Worth, TX 76113-2325


American Express Travel Related Services
P.O. Box 360001
Fort Lauderdale, FL 33336-0001


AT&T
P.O. Box 105262
Atlanta, GA 30348-5262


Baker, Govern & Banker, Inc.
7771 West Oakland Park Blvd
Suite 240 Atrium West Building
Fort Lauderdale, FL 33351

Bank of America
P.O. Box 45144
FL9-100-04-24 Building 100 4th Fl.
Jacksonville, FL 32232-9923


Bank of America
P.O. Box 25118
Tampa, FL 33622-5118


BB&T
P.O. Box 580503
Charlotte, NC 28258-0503


BGE
P.O. Box 13070
Philadelphia, PA 19101-3070


BGE
P.O. Box 13070
Philadelphia, PA 19101


Black Box Corporation
P.O. Box 371671
Pittsburgh, PA 15251-7671


Bridge Enterprises, Inc.
307 Yoakum Parkway, Ste. 1504
Alexandria, VA 22304


Capital One
P.O. Box 71083
Charlotte, NC 28272


Carahsoft Technology Corp.
12369 Sunrise Valley Dr.
Suite D2
Reston, VA 20191

CDW, Inc
75 Remittance Dr., Ste. 1515
Chicago, IL 60675-1515


Chugach World Services, Inc.
814 Greenbrier Circle, Ste. L
Chesapeake, VA 23320


CISCO Systems Capital Corp.
P.O. Box 41602
Philadelphia, PA 19101-1602


Comcast Cable
P.O. Box 105184
Atlanta, GA 30348-5184


Comptroller of Maryland
Compliance Division
301 West Preston Street, Room 409
Baltimore, MD 21201


Cox Communications, Inc.
P.O. Box 61027
New Orleans, LA 70161-1027


CXTEC 1
5404 S. Bay Rd.
Syracuse, NY 13212


DeLage Landen Financial Services, Inc.
1111 Old Eagle School Rd.
Wayne, PA 19087


Dell Marketing L.P.
c/o Dell USA, LP
P.O. Box 802816
Chicago, IL 60680-2816

Digitek Computer Products
P.O. Box 956240
Saint Louis, MO 63195-6240


Earthlink Business Deltacom
P.O. Box 2252
Birmingham, AL 35246-1058


Elliott Jay Marsden
Marsden & Seledee, P.A.
1 N. Charles Street, Suite 2300
Baltimore, MD 21201-3740


Euler Hermes Collections North America
800 Red Brook Blvd
Suite 400C
Owings Mills, MD 21117


Federal National Payables, Inc.
d/b/a Federal National Commerical Credit
7315 Wisconsin Avenue
Suite 600W
Bethesda, MD 20814


Georgia H. Goslee
1400 East-West Highway
Silver Spring, MD 20901


Global Service
1401 14th St., NW
3rd Floor
Washington, DC 20005


Harris Corp
1680 University Ave.
Rochester, NY 14609

IM Standard
Jonathan Maderer Ingram Micro
P.O. Box 415034
Boston, MA 02241-5034


Insight Public Sector, Inc.
444 Scott Dr.
Bloomingdale, IL 60108-3111


Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346


Jenne Distributors
33665 Chester Rd.
Avon, OH 44011-1307


Kinloch and Associates
8808 Centre Park Dr., Ste. 300
Columbia, MD 21045


Law Office of R. David Danziger, PC
111 Street Rd., Ste. 200
Southampton, PA 18966


Marlin Business Bank
P.O. Box 13604
Philadelphia, PA 19101-3604


Marlin Leasing
2795 E. Cottonwood Pkwy
Suite 120
Salt Lake City, UT 84121


Miles & Stockbridge, P.C.
11 N. Washington St., Ste. 700
Rockville, MD 20850-4229

Motorola Solutions, Inc.
13108 Collections Center Dr.
Chicago, IL 60693


Pardee
1952 Belgrade Ave.
Charleston, SC 29407


PEMCCO Incorporated
4445 Corporation Ln.
Virginia Beach, VA 23450


Petree Press
45945 Trefoil Lane, Unit 166
Sterling, VA 20166


Pitney Bowes Global Financial Services
P.O. Box 856056
Louisville, KY 40285-6390


PNC
P.O. Box 856177
Louisville, KY 40285


Pole/Zero Corporation
5558 Union Centre Dr.
West Chester, OH 45069-4821


Pursel & Drinkard, LLC
One Centre Park
8808 Centre Park Dr., Ste. 204
Columbia, MD 21046


Republic Services
Fennell Container Co.
P.O. Box 9001099
Louisville, KY 40290-1099

Rockwell Collins
Credit and Collections
MS 106-176
400 Collins Rd., NE
Cedar Rapids, IA 52498


Rohde & Schwartz USA, Inc.
8661A Robert Fulton Dr.
Columbia, MD 21046-2265


SoftwareONE, Inc.
15700 W. Cleveland Ave.
P.O. Box 510944
New Berlin, WI 53151-0944


Spec Associates
Attn: Eugene Blanton
311 Johnnie Dodds Blvd., Ste. 221
Mount Pleasant, SC 29464


St. John Properties
2560 Lord Baltimore Drive
Windsor Mill, MD 21244


St. John Properties
P.O. Box 62706
Baltimore, MD 21264-2707


Stampede Presentation Products, Inc.
55 Woodridge Dr
Buffalo, NY 14228


Stonewall Cable, Inc.
126 Hawkensen Dr.
Rumney, NH 03266-3548


Syngery, LLC
1808 Arbutus Ave.
Halethorpe, MD 21227

Unum Life Ins. Company of America
P.O. Box 406990
Atlanta, GA 30384-6990


UPS Freight
P.O. Box 533238
Charlotte, NC 28290-3238


Visitec
2020 Dean St., Unit H
Saint Charles, IL 60174


Washington Gas
P.O. Box 37747
Philadelphia, PA 19101-5047


Washington Professional Systems
11242 Grandview Ave
Silver Spring, MD 20902


Wells Fargo
Payment Remittance Center
P.O. Box 6426
Carol Stream, IL 60197-6426


Windstream Communications, Inc.
P.O. Box 843006
Kansas City, MO 64184-3006


World Wide Technologies
P.O. Box 957653
Saint Louis, MO 63195-7653


Wright Line
c/o Eaton Corp.
P.O. Box 93531
Chicago, IL 60673-3531

# United States Bankruptcy Court
## District of Maryland

In re    **Technology Specialists, Inc.**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Technology Specialists, Inc.**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 21, 2015**

Date

**/s/ James M. Greenan (jgreenan@mhlawyers.com)**

**James M. Greenan (jgreenan@mhlawyers.com)**

Signature of Attorney or Litigant

Counsel for    **Technology Specialists, Inc.**

**McNamee Hosea**
**6411 Ivy Lane, Ste. 200**
**Greenbelt, MD 20770**
**(301) 441-2420 Fax:(301) 982-9450**